UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

KENDRICK FELIZ,
    Plaintiff         08 CV 4000(RPP)

  V.              ORDER

COOPER #14487, Castro #15785,
CAPT. JAMMONTT #63, GREENE #15430,
WARDEN THOMAS, COMMISSIONER MARTIN
F. HORN,
    Defendant.

**ROBERT P. PATTERSON, JR., U.S.D.J.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

  The Corporation Counsel of the City of New York is ordered to provide the plaintiff with the addresses of the defendant's named in above captioned action.

Dated: May 16, 2008
   New York, New York

                SO ORDERED.

                *[signature]*
                ROBERT P. PATTERSON, JR.
                U.S.D.J.

cc: Corporation Counsel
  100 Church Street
  NY NY 10007

  Kendrick Feliz #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
  George R. Vierno Center
  09-09 Hazen Street
  East Elmhurst, Ny 11370