# MEMO ENDORSED

July/1/2008

Kendrick Feliz
Plaintiff Pro se
DIN# 141-07-13156
    G.R.V.C
09-09 Hazen st
E.Elmhurst,NY,11370

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08



RE: Kendrick Feliz V. Cooper, et al., 08 cv 4000(RPP)

Honorable Judge Robert.R.Patterson

    I am writing in reguards to my complaint and summons services. I recieved my summons packet on May,19,2008. I'm being informed I have 120 days from the date stamped on the summons which is April,29,2008, to serve the defendants. I believe my deadline is August,27,2008. I sent out my summons to the U.S Marshal service on July,1,2008, due to my lack of money and contact with my family. I recieved the information on were to serve the defendants on June,17,2008. I sent a copy of that information to the U.S marshal's also. I am asking for you to grant me an extension of time to serve the defendants to allow the U.S maeshal's to serve the defendants within a reasonable amount of time. Note should be taken here that this is the 1st time im asking for an extension. Thank you for your time in this matter.

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

Respectfully Submitted

*Kendrick Feliz*

Kendrick Feliz
DIN# 141-07-13156
    G.R.V.C
09-09 Hazent st
E.Elmhurst,NY,11370

*Application granted. Plaintiff's time to serve defendants is extended to September 30, 2008. So ordered. 7/7/08  RMP Patterson USDJ*

Case:      Kendrick Feliz v. Cooper, et al.
Index No.  08 Civ. 4000 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Plaintiff's time to serve defendants is extended to September 30, 2008.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 7/7/08*